

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00808-CV

**IN THE INTEREST OF S.L.S.**, S.S., S.L.S., Children

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVL-000402-D4
Honorable H. Paul Canales, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED June 1, 2016.

_____
Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment.